## Aileen McNurney, Plaintiff-Appellant, v. Raymond E. Pointer, Defendant-Appellee.

### Gen. No. 9,965.

Third District.
February 18, 1955.
Released for publication March 7, 1955.

Louis L. Mason, and Francis R. Wiley, for plaintiff-appellant; Elmer Droste, and D. A. McGrady, for defendant-appellee. Opinion by JUSTICE REYNOLDS. **Not to be published in full.**